


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   United States v. Terry Former *et al.*, No. 19 Cr. 781 (PKC)

Dear Judge Castel:

As the Court is aware, on October 31, 2019, the Grand Jury issued the above referenced Indictment, and the Court initially set an arraignment and initial conference for Friday, November 15, 2019, at 2:30 p.m. As communicated to Your Honor's deputy clerk, the defendants are traveling from Texas, and were unable to secure reasonable travel arrangements by that date. Accordingly, we respectfully request that the Court reschedule the arraignment and initial conference for December 13, at 11:30 a.m. Undersigned counsel has communicated this date and time to the counsel who were appointed to represent two of the defendants at presentment in Texas, and to the third defendant's pre-trial officer, who advised that he informed the defendant.

In addition, the Government further requests that the Court exclude time between today and the date the Court schedules the arraignment, pursuant to 18 U.S.C. § 3161(h)(7). The Government submits that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial, as that time will permit the Government to collect and prepare discovery for production.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Tara M. La Morte
Assistant United States Attorney
(212) 637-1041

Upon the application of the government, consented to by defense counsel, the arraignment/conference previously scheduled for November 15, 2019 is adjourned to December 13, 2019 at 2:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to permit the government to collect and prepare discovery for production. Accordingly, the time between today and December 13, 2019 is excluded.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 14, 2019