

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2019

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   United States v. Terry Former *et al.*, No. 19 Cr. 781 (PKC)

Dear Judge Castel:

As the Court is aware, on October 31, 2019, the Grand Jury issued the above-referenced Indictment, charging three defendants in two counts with participating in a conspiracy to commit wire fraud and a conspiracy to commit money laundering. Pursuant to Court Order, the defendants were presented and arraigned on the Indictment in Magistrate's Court on December 13, 2019. This Court also set an initial conference for January 13, 2019. I write respectfully to request an exclusion of time between today and January 13, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government intends to produce discovery to the defendants between now and January 13, and this time will enable the defendants to begin reviewing discovery and to engage in discussions with the Government regarding a potential disposition of the case. Each of the defendants consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Tara M. La Morte
Assistant United States Attorney
(212) 637-1041

*[Handwritten annotation: Speedy Trial Time excluded until Jan 13, 2020 for the reasons in the letter over December 16, 2019 (Doc. 22). SO ORDERED. /s/ USDJ 12-17-19]*