# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

January 30, 2020

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

OK

We write to request modification of conditions of release to permit Mr. Former to travel from his home in Texas to New Orleans for a family reunion from February 14, 2020 to February 17, 2020. He and his wife will be traveling by car (a four hour trip each way) and will be staying at the Double Tree Hotel, 300 Canal Street, New Orleans, LA 70130. Mrs. Former will be paying for the trip as she is working.

We have spoken to AUSA Tara LaMorte; she has no objection on condition that (1) pre-trial agrees; (2) he reports immediately prior to and after trip; and (3) he provides pretrial with itinerary, to which we agree. Pretrial Officer Keyana Pompey does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
1-31-20