**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2020

By ECF

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007-1312

**Re:  United States v. Former, et al., 19 Cr. 781 (PKC)**

Dear Judge Castel:

I write on consent of all parties to respectfully request a 60-day adjournment of the March 17 conference. The reason for this request, the parties' first, is to allow defendants additional time to continue to review the voluminous discovery and to attempt to negotiate dispositions short of trial.

If the Court grants an adjournment, all defendants consent to an exclusion of time under the Speedy Trial Act until the adjourn date.

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    All counsel

Upon the application of defense counsel, consented to by the government, the conference originally scheduled for March 17, 2020 is adjourned to May 18, 2020 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow defendants additional time to continue to review the voluminous discovery and to attempt to negotiate disposition short of trial.  Accordingly, the time between today and May18, 2020 is excluded.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  March 11, 2020