UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             19-cr-781 (PKC)

       -against-

                                                                             ORDER

TERRY FORMER, ELIZABETH
MCKINNEY-KIPER, and JAZMYNE ALYCE
JOHNS,

                          Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The conference scheduled for Monday, May 18, 2020 will be held telephonically.

The call-in information for this teleconference is:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981


        SO ORDERED.

                                                                     *P. Kevin Castel*
                                                           United States District Judge

Dated: New York, New York
         May 13, 2020