# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

July 23, 2020

Application granted subject to the three conditions proposed by the government.

SO ORDERED.
July 23, 2020.

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

    We write to request modification of Mr. Former's conditions of release to permit him to travel from his home in Texas to Las Vegas, Nevada for his sister's wedding from August 24, 2020 to August 30, 2020. He and his wife will be traveling by air and will be staying at the Venetian Hotel, 3355 Las Vegas Bld, Las Vegas, NV 89109. Mrs. Former will be paying for the trip as she is working.

    We have spoken to AUSA Tara LaMorte; she has no objection on condition that (1) pre-trial agrees; (2) Mr. Former reports immediately prior to and after trip; and (3) he provides pretrial with itinerary. We have already contacted Pretrial Officer Keyana Pompey who does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman