# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

September 24, 2020

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>U.S. v. Terry Former</u>
19 CR 781 (PKC)

Dear Judge Castel:

We write to request modification of the conditions of release to permit Mr. Former to travel from his home in Texas to 3290 Glenn Drive, Millbrook, Alabama 36054 for the funeral of his maternal aunt from September 25, 2020 to September 28, 2020. He and his wife will be traveling by car (an eight hour trip each way) and staying overnight at the aforesaid address in Millbrook.

We have spoken to AUSA Tara LaMorte; who has no objection on condition that (1) pre-trial agrees; (2) he reports to pretrial immediately prior to and after trip; and (3) he provides pretrial with the itinerary. Pretrial Officer Keyana Pompey does not object to this request.

Application GRANTED SUBJECT TO
CONDITIONS 2 and 3 proposed by the Government.

SO ORDERED.
September 24, 2020.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman