UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

19-cr-781 (PKC)

-against-                                                    ORDER

TERRY FORMER, ELIZABETH MCKINNEY-
KIPER and JAZMYNE ALYCE JOHNS,

Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The pretrial conference of September 29, 2020 at 2 p.m. will be held

telephonically.  The call-in information is as follows:

DIAL-IN:              (888) 363-4749

ACCESS CODE:    3667981

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
          September 28, 2020