UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       19 CR 781 (PKC)

       -against-                                      ORDER

Terry Former, Elizabeth McKinney-Kiper
and Jazmyne Alyce Johns,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The telephone conference scheduled for September 29, 2020 at 2:00 p.m. is adjourned to September 30, 2020 at 4:45 p.m.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to accommodate the Court's calendar.  Accordingly, the time between today and September 30, 2020 is excluded.

        SO ORDERED.

                                                        P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
           September 29, 2020