# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

October 19, 2020

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: U.S. v. Terry Former
19 CR 781 (PKC)

Dear Judge Castel:

We write to request modification of conditions of release to permit Mr. Former to travel from his home in Texas to the Birmingham, Alabama area to visit his parents and his wife's parents from October 23, 2020 to October 25, 2020. He and his wife will be traveling by car and will be staying at the home of his parents at 3290 Glenn Drive, Millbrook, Alabama 36054.

We have spoken to AUSA Tara LaMorte to seek her consent. She has no objection on condition that (1) pre-trial agrees; (2) he reports immediately prior to and after the trip; and (3) he provides pretrial with itinerary. Pretrial Officer Keyana Pompey does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
10-19-20