UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          19-cr-781 (PKC)

      -against-                                         ORDER

TERRY FORMER, ELIZABETH MCKINNEY-
KIPER and JAZMYNE ALYCE JOHNS,

                              Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The pretrial conference of October 29, 2020 at 11 a.m. will be held telephonically.

The call-in information is as follows:

        DIAL-IN:         (888) 363-4749

        ACCESS CODE:   3667981

Members of the public may access audio of the proceeding, but may not speak and must mute their phones when calling in.

        SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       October 22, 2020