UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                  19-cr-781 (PKC)

  -against-

                  ORDER

TERRY FORMER, et al.,

     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

  The conference scheduled for January 20, 2021 at 3:00 p.m. will be held telephonically.  The call-in information for this teleconference is:

  Dial-in:  (888) 363-4749

  Access Code: 3667981

  SO ORDERED.

                 _____
                    P. Kevin Castel
                   United States District Judge

Dated: New York, New York
    January 7, 2021