# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

February 4, 2021

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED on the conditions outlined by the government.

SO ORDERED.
2/5/2021

_____
P. Kevin Castel
United States District Judge

Re: **United States v. Terry Former**
19 CR 781 (PKC)

Dear Judge Castel:

We write to request modification of conditions of release to permit Mr. Former to travel from his home in Texas to New Orleans for a family reunion from February 12, 2021 to February 15, 2021. He and his wife will be traveling by car (a four hour trip each way) and will be staying at the Double Tree Hotel, 300 Canal Street, New Orleans, LA 70130.

We have spoken to AUSA Tara LaMorte; she has no objection on condition that (1) pre-trial agrees; (2) he reports immediately prior to and after trip; and (3) he provides pretrial with an itinerary. Pretrial Officer Harmon does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman