UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     19-cr-781 (PKC)

      -against-

                                                     ORDER

TERRY FORMER,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       There will be a change-of-plea hearing in this case on April 2, 2021 at 2 p.m. The public may access an audio feed of the proceeding at the following number:

       <u>Dial-in</u>:    (888) 363-4749

       <u>Access Code</u>:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

       SO ORDERED.

                                                        P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       March 30, 2021