# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

June 15, 2021

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-15-21

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

We write to request modification of Mr. Former's conditions of release to permit him to travel from June 25 to June 28, 2021 from his home in Texas to Montgomery, Alabama to visit his parents who reside at 3290 Glenn Drive, Millbrook, Alabama 36054.

AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) he reports immediately to pretrial prior to and after the trip; and (3) he provides pretrial with an itinerary.

Mr. Former's pretrial officer in Texas Matthew Simons does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman