# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

July 20, 2021

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

### Re: U.S. v. Terry Former
### 19 CR 781 (PKC)

Dear Judge Castel:

With the consent of the government by AUSA Emily Deininger we write to request an adjournment of approximately sixty days of the sentencing date in the above-referenced case from July 28, 2021. This is the first request for an adjournment of the sentencing date. We thank the court for its consideration.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

Sentencing ~~Conference~~ Adjourned
From: July 28, 2021
To: October 14, 2021 at 12:00 p.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 7-20-21