# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

September 8, 2021

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Approved subject to the condition in the second paragraph of letter of Sept 8.*
*SO ORDERED*
*[signature] USDJ*
*9-9-21*

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

We write to request modification of Mr. Former's conditions of release to permit him to travel from September 15 to September 20, 2021 from his home in Texas to Montgomery, Alabama to visit his parents who reside at 3290 Glenn Drive, Millbrook, Alabama 36054.

AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) Mr. Former reports immediately to pretrial prior to and after the trip; and (3) Mr. Former provides pretrial with an itinerary.

Mr. Former's pretrial officer in Texas Matthew Simons does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman