# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

Application Granted.
SO ORDERED.
Dated: 10/6/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

October 5, 2021

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

    We write to request modification of Mr. Former's conditions of release to permit him to travel from October 15 to October 18, 2021 from his home in Texas to Montgomery, Alabama to visit his parents who reside at 3290 Glenn Drive, Millbrook, Alabama 36054.

    AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) Mr. Former reports to pretrial prior to and after the trip; and (3) Mr. Former provides pretrial with an itinerary.

    It is my understanding that Mr. Former's pretrial officer in Texas, Matthew Simons does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman