# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER* | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| | |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

October 5, 2021

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

     We write to request an adjournment of the sentence for approximately sixty days in the above case currently scheduled for October 14, 2021. We request the sentence take place during the week of December 13, 2021 except for December 15, 2021 or the morning of December 17, 2021. We seek the adjournment to provide the defense with additional time to collect information and write the defendant's presentence report. This is the first request for an adjournment of sentence made by this defendant.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

Sentencing adjourned from October 14, 2021 to January 6, 2022 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 10/6/2021

_____
P. Kevin Castel
United States District Judge