# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG
———

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038
———

(212) 608-0808
TELECOPIER (212) 962-9696

Application GRANTED.

December 2, 2021

Dated: New York, New York
12/3/2021

_/s/ P. Kevin Castel_
P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

    We write to request modification of Mr. Former's conditions of release to permit him to travel from December 10, 2021 to December l3, 2021 from his home in Texas to Denver, Colorado for his wife's sister's birthday. Counsel has the itinerary and the address of the ArbnB where he will be staying, as does his pretrial officer in Texas, Matthew Simons.

    AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) Mr. Former reports to pretrial prior to and after the trip; and (3) Mr. Former provides pretrial with an itinerary.

    It is my understanding that Mr. Former's pretrial officer in Texas, Matthew Simons does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman