# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER* | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| | |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

December 2, 2021

> Sentencing for Terry Former is adjourned from January 6, 2022 to March 2, 2022 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 12/3/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

    Without objection form the government by AUSA Emily Deininger we write to request an adjournment of the sentence for approximately forty-five days in the above case currently scheduled for January 6, 2022. If possible, we request the sentence take place during the week of February 28, 2022 as counsel is scheduled to start a six week trial on March 7, 2022. We seek the adjournment to provide the defense with additional time to collect information and write the defendant's presentence report. This is the second request for an adjournment of sentence made by this defendant.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman