# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

February 3, 2022

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

*Application granted on the conditions proposed by AUSA Deininger*
*SO ORDERED*
*/s/ USDJ 2-9-22*

Dear Judge Castel:

We write to request modification of Mr. Former's conditions of release to permit him to travel from February 11 to February 15, 2022 from his home in Texas to St. Thomas, which, I had to be reminded, is part of the United States. Counsel has the itinerary and the address of the place where he will be staying, as does his pretrial officer in Texas, Matthew Simons.

AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) Mr. Former reports to pretrial prior to and after the trip; and (3) Mr. Former provides pretrial with an itinerary.

It is my understanding that Mr. Former's pretrial officer in Texas, Matthew Simons does not object to this request.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman