# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

February 28, 2022

**Application Denied.**

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

So Ordered:

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge
3/1/2022

Re: **U.S. v. Terry Former**
19 CR 781 (PKC)

Dear Judge Castel:

We write to request permission for Mr. Former appear by video (or audio if video is not available) from his home in Texas for the March 2, 2022 at 2:00 p.m. sentencing hearing in the above case. The government through AUSA Emily Deininger takes no position as to this application. The basis for this request is the prohibitive cost of round trip travel and related expenses for a trip from Texas to New York. In support of this request we note that the Probation Department opines that Mr. Former is a good candidate for self-surrender. And, as the court well knows, Mr. Former has been granted permission to travel on multiple occasions and has always been compliant, thereby revealing he can be trusted to abide the rules of the court. Accordingly, Mr. Former requests a virtual sentencing hearing and waives his right to be physically present before the court for his sentencing.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman