# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

(212) 608-0808
TELECOPIER (212) 962-9696

CHARLENE RAMOS
OFFICE MANAGER

April 26, 2022

Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: Application GRANTED subject to conditions proposed by AUSA Deininger. SO ORDERED. /s/ P. Kevin Castel, USDJ 4-27-22]*

Re: **U.S. v. Terry Former**
**19 CR 781 (PKC)**

Dear Judge Castel:

We write to request modification of Mr. Former's conditions of release to permit him to travel to Puerto Rico with his wife from April 29, 2022 to May 2, 2022.

AUSA Emily Deininger consents to this request on condition that (1) pre-trial agrees; (2) Mr. Former reports to pretrial prior to and after the trip; and (3) Mr. Former provides pretrial with an itinerary.

It is my understanding that Mr. Former's pretrial officer in Texas, Matthew Simons, does not object to this request.

Mr. Former has a surrender date of May 10, 2022. He is awaiting notice from the BOP where to report.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman